IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH JAEGER, et al.,

        Plaintiffs,                No. CIV S-05-0095 FCD KJM PS

    vs.

PAMELA ROGERS, et al,

        Defendants.          <u>ORDER</u>

_____/

        Defendants' motion to dismiss came on regularly for hearing before the undersigned on June 1, 2005. Plaintiffs appeared in propria persona. G. Patrick Jennings appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiffs and counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. No later than June 8, 2005, plaintiffs may file any documents pertaining to exhaustion of administrative remedies.

        2. No later than June 15, 2005, defendants may file a surreply.

        3. No later than June 22, 2005, defendants shall submit proposed findings and recommendations.

        4. The status conference set for June 8, 2005 is hereby vacated and will be reset

1 as necessary.

2 DATED: June 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

8 006
jaeger.oah